# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA BAKER,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendants. | Case No. 3:24-CV-01465-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on September 23, 2025 (Doc. 21), the Commissioner's final decision denying Plaintiff Darla Baker's application for disability benefits is **AFFIRMED**.

    Judgment is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Darla Baker.

    **DATED: September 23, 2025**

                                                MONICA A. STUMP,
                                                Clerk of Court

                                                By: s/ *Jackie Muckensturm*
                                                         Deputy Clerk

    **APPROVED: s/ *Stephen P. McGlynn***
                          STEPHEN P. McGLYNN
                          U.S. District Judge